No. 668, Misc. BUXTON *v.* MICHIGAN. Supreme Court of Michigan. Certiorari denied.

No. 672, Misc. MILLER *v.* TOWN OF SUFFIELD ET AL. C. A. 2d Cir. Certiorari denied.

No. 674, Misc. LATHAM *v.* ILLINOIS. Supreme Court of Illinois. Certiorari denied.

No. 675, Misc. GRAZIANO *v.* RAGEN, WARDEN. Supreme Court of Illinois. Certiorari denied.

No. 676, Misc. NOR WOODS *v.* CALIFORNIA ADULT AUTHORITY ET AL. Supreme Court of California. Certiorari denied.

No. 133. SINKLER *v.* MISSOURI PACIFIC RAILROAD CO., *ante,* p. 326;

No. 826. CAINE *v.* CALIFORNIA, *ante,* p. 340;

No. 835. BROTHERHOOD OF RAILROAD TRAINMEN *v.* SMITH ET AL., *ante,* p. 937;

No. 855. BLACKBURN *v.* MAYO, PRISON CUSTODIAN, *ante,* p. 938;

No. 856. POOL ET AL. *v.* COMMISSIONER OF INTERNAL REVENUE, *ante,* p. 938; and

No. 594, Misc. CORONA ET AL. *v.* UNITED STATES, *ante,* p. 954. Petitions for rehearing denied.

No. 514, October Term, 1944. ROBINSON *v.* UNITED STATES, 324 U. S. 282. Motion for leave to file fourth petition for rehearing denied.

No. 711. PETROCARBON LIMITED *v.* WATSON, COMMISSIONER OF PATENTS, 355 U. S. 955. Motion for leave to file petition for rehearing denied.